

# MANDATE
## The Fourteenth Court of Appeals
NO. 14-14-01030-CV

In the Interest of A.L.H., A Child

Appealed from the 313th District Court of Harris County. (Tr. Ct. No. 2014-00466J). Opinion delivered by Justice Jamison. Chief Justice Frost and Justice Busby also participating.

**TO THE 313TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on June 16, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from a judgment terminating parental rights signed December 17, 2014, was heard on the transcript of the record. We have inspected the record and find error. We therefore, **REVERSE** that portion of the trial court's judgment terminating the father's parental rights to the child, and **RENDER** judgment denying the Department's request to terminate the father's rights to the child. The remainder of the trial court's judgment is **AFFIRMED**.

We further order this decision certified below for observance.

We further order that mandate be issued immediately.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, Texas, June 19, 2015.

CHRISTOPHER A. PRINE, Clerk